JS-6

1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  YUANYUAN XIN,                          Case No. 8:24-cv-02125-JWH-JDEx

12          Plaintiff,

13          v.                            **JUDGMENT**

14  U.S. CITIZENSHIP AND
        IMMIGRATION SERVICES;
15  UR MENDOZA JADDOU, Director of
        USCS;
16  TED H. KIM, Acting Associate
        Director Refugee, Asylum, and
17      International Directorate;
    UNITED STATES DEPARTMENT
18      OF HOMELAND SECURITY;
    ALEJANDRO MAYORKAS, Director
19      of DHS;
    MERRICK GARLAND, United States
20      Attorney General;
    RON ROSENBERG, Director of the
21      Miami Asylum Office; and
    DAVID RADEL, Director of the Los
22      Angeles Asylum Office,

23          Defendants.

24

25

26

27

28

Pursuant to the Order Regarding Dismissal of Action filed substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.      This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2.      The operative pleading is the Complaint [ECF No. 1] of Plaintiff Yuanyuan Xin.

3.      Defendants United States Citizenship and Immigration Services, Ur Mendoza Jaddou, Ted H. Kim, United States Department of Homeland Security, Alejandro Mayorkas, Merrick Garland, Ron Rosenberg, and David Radel shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiff Xin. Plaintiff shall take nothing by way of her complaint.  This action is **DISMISSED without prejudice.**

4.      To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated:_____January 6, 2025_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-